# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BURRAGE-SIMON,<br><br>    Plaintiff(s),<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>    Defendant(s). | Case No. 2:14-cv-00429-GMN-NJK<br><br>ORDER STRIKING FILED DOCUMENT<br><br>(Docket No. 13) |

  Pending before the Court is the filing by Plaintiff of a notice of supplemental expert designation. Docket No. 13. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the above notice was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

  The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

  IT IS SO ORDERED.

  DATED: September 25, 2014

                _____
                NANCY J. KOPPE
                United States Magistrate Judge