1  LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2  CHRISTOPHER A. ELSEE, ESQ.
Nevada Bar No. 13333
3  STOVALL & ASSOCIATES
2301 Palomino Lane
4  Las Vegas, NV 89107
Ph:  (702) 258-3034
5  *Attorney for Plaintiff*

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8  TRINA BURRAGE-SIMON,                      )
                                            )
9                    Plaintiffs,            )   CASE NO.: 2:14-cv-00429-GMN-NJK
   vs.                                      )
10                                           )
   STATE FARM MUTUAL AUTOMOBILE  )
11 INSURANCE COMPANY; DOES I-X, and )
   ROE CORPORATIONS I-X, inclusive,  )
12                                           )
                    Defendants.            )
13 _____)

14  **PLAINTIFF'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE**

15  **PLAINTIFF'S OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**

16                         **(First Request)**

17       COMES NOW, Plaintiff, by and through their attorney, Leslie Mark Stovall, Esq.,

18  requesting an extension of time to answer the Defendant's Motion for summary Judgment.

19       DATED this 9th day of April, 2015.

20                                    STOVALL & ASSOCIATES

21                                    */s/ Christopher A. Elsee, Esq.*
                               By: _____
22                                    LESLIE MARK STOVALL, ESQ.
                                     Nevada Bar No. 2566
23                                    CHRISTOPHER A. ELSEE, ESQ.
                                     Nevada Bar No. 13333
24                                    2301 Palomino Lane
                                     Las Vegas, NV 89107
25                                    Ph: (702) 258-3034
                                     Attorneys for Plaintiff

26

27

28

1

## STATEMENT OF FACTS

2          Plaintiff's counsel has requested an extension of time to file his opposition to Defendant's

3  Motion for Summary Judgment because on April 9, 2014 he has a deposition scheduled for all

4  morning, and then has a doctor's appointment he must attend in the afternoon.

5          Plaintiff's counsel requested a one-week extension from Defendant's counsel, who

6  granted that request. *See* Exhibit 1, email exchange between Plaintiff's and Defendant's counsel.

7          This is the first such request from Plaintiff's counsel.

8          DATED this 9th day of April, 2015.

9                                        STOVALL & ASSOCIATES

10                                       */s/ Christopher A. Elsee, Esq.*
                                     By: _____
11                                       LESLIE MARK STOVALL, ESQ.
                                         Nevada Bar No. 2566
12                                       CHRISTOPHER A. ELSEE, ESQ.
                                         Nevada Bar No. 13333
13                                       2301 Palomino Lane
                                         Las Vegas, NV 89107
14                                       Ph: (702) 258-3034
                                         Attorneys for Plaintiff
15

16

17                                          **ORDER**

18          IT IS SO ORDERED:

19          The UNITED STATES DISTRICT COURT JUDGE / MAGISTRATE JUDGE hereby

20  grants Plaintiff's First Request for an extension to file an Opposition to Defendant's Motion for

21  Summary Judgment. The opposition shall be due April 16, 2015.

22                                    **IT IS SO ORDERED.**

23

24                                    _____

25                                    Gloria M. Navarro, Chief Judge
                                      United States District Court
26

27                                    **DATED:  04/14/2015**

28                                    Page 2 of  3

1

**CERTIFICATE OF SERVICE**

2

Pursuant to Rule 5(b) of the Nevada Rules of Civil Procedures, I certify that on the 9th

3

day of April, 2015,I served a true and correct copy of the above and foregoing **PLAINTIFF'S**

4

**UNOPPOSED FIRST REQUEST FOR EXTENSION OF TIME TO FILE PLAINTIFF'S**

5

**OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT** on the parties addressed

6

as shown below:

7

8

__X__Via U.S. Mail by placing said document in a sealed envelope, with postage prepared (N.R.C.P. 5(b))

9

__X__Via Electronic Filing (N.E.F.R. 9(b))

10

_____ Via Electronic Service (N.E.F.R. 9)

11

__X__ Via Facsimile (E.D.C.R. 7.26(a))

12

Brent D. Quist, Esq.
DENNETT WINSPEAR

13

3301 N. Buffalo Dr., Ste. 195
Las Vegas, NV 89129

14

Fax: (702) 839-1113
*Attorneys for Defendants*

15

*/s/ Tracy Lucas*

16

_____
An employee of STOVALL & ASSOCIATES

17

18

19

20

21

22

23

24

25

26

27

28

Page 3 of 3

# Exhibit 1

**Tracy Anne Lucas**

| | |
|---|---|
| **From:** | Christopher A. Elsee |
| **Sent:** | Thursday, April 09, 2015 10:41 AM |
| **To:** | Tracy Anne Lucas |
| **Subject:** | Fw: RE: Burrage-Simon v. State Farm - EXTENSION REQUEST |

CAE
Sent from iPhone

Begin forwarded message:

> **From:** Brent Quist <bquist@dennettwinspear.com>
> **Date:** April 9, 2015 at 9:27:32 AM PDT
> **To:** 'Christopher A. Elsee' <chris@lesstovall.com>
> **Cc:** 'Debora Ponce' <dponce@dennettwinspear.com>
> **Subject: RE: Burrage-Simon v. State Farm - EXTENSION REQUEST**
>
> Chris,
>
> The one week extension on the MSJ opposition is fine with me.  Plaintiff's response will be due April 16, 2015.
>
> I hope to forward the draft PreTrial Order to you soon.
>
> Brent
>
> **From:** Christopher A. Elsee [mailto:chris@lesstovall.com]
> **Sent:** Wednesday, April 08, 2015 5:57 PM
> **To:** Brent Quist
> **Subject:** Burrage-Simon v. State Farm - EXTENSION REQUEST
>
> Mr. Quist:

4/9/2015

Can you grant me a one-week extension to answer the MSJ in this thing? The reason I ask is because I'm getting thrown into a depo tomorrow that might take the majority of the day, and then I have a doctor appointment late afternoon.

I don't even know that I'll need one week, but if you could grant that I'd greatly appreciate it. If you do, I'll file an unopposed motion to extend time. I'm hoping I'll get the thing filed anyway, but just in case . . .


Thanks,


**Christopher A. Elsee, Esq.**
chris@lesstovall.com | www.lesstovall.com
**STOVALL & ASSOCIATES**
2301 Palomino Lane
Las Vegas, NV 89107
ph. 702.258.3034   fx. 702.258.0093


Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

4/9/2015