UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRINA BURRAGE-SIMON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant(s). ) <br> _____ ) | Case No. 2:14-cv-00429-GMN-NJK <br><br> ORDER |

      On March 25, 2015, Chief United States District Judge Gloria M. Navarro referred this matter to the undersigned for a settlement conference. Docket No. 24. On March 26, 2015, the undersigned set a settlement conference to be held at 10:00 a.m. on July 22, 2015. *See* Docket No. 25. In the order setting that settlement conference, the Court made clear that "[a]ll counsel of record who will be participating in trial" must attend. *Id.* at 1. As such, the date of the settlement conference and the required attendance for the settlement conference have both been clear for nearly four months.

      Now before the Court is a notice that Plaintiff's attorney of record (Leslie Mark Stovall) has a scheduling conflict arising from a hearing set in state court, and notifying the Court that "he will be in attendance at the settlement conference after he has finished his hearing." Docket No. 31. The Court has already set aside time to conduct the settlement conference at the scheduled time and has already indicated those participants that the Court finds necessary to make a settlement conference fruitful. In addition, it is not appropriate to waste the time of the opposing party and counsel, or require them to alter their schedules on the eve of the settlement conference. The Court hereby **DENIES** the pending

notice to the extent it seeks implicitly either (a) a continuance of the settlement conference to begin at a later time or (2) an order that the settlement conference can begin without Mr. Stovall, Plaintiff's attorney of record.

    The Court hereby **ORDERS** Mr. Stovall to appear for the settlement conference at 10:00 a.m. tomorrow as ordered in Docket No. 25.  To the extent Mr. Stovall has created conflicting duties for himself, he should make arrangements to either seek a continuance of the state court hearing or have another attorney handle that hearing.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE COURT VACATING THE SETTLEMENT CONFERENCE AND ISSUING AN ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**.

    IT IS SO ORDERED.

    DATED: July 21, 2015

_____
Nancy J. Koppe
United States Magistrate Judge